Argued and submitted January 16, affirmed as modified February 9,
reconsideration denied March 4,
petition for review denied May 5, 1981 (291 Or 1)

In the Matter of the Compensation of
Alfred A. May, Claimant,

MAY,
*Petitioner,*

*v.*

THE STATE CHEMICAL MANUFACTURING
COMPANY,
*Respondent.*

(WCB No. 79-3281, CA 18518)

622 P2d 1156

Kenneth D. Peterson, Jr., Eugene, argued the cause for claimant-petitioner. On the brief were Lyle C. Velure, and Malagon, Velure & Yates, Eugene.

Ridgway K. Foley, Jr., Portland, argued the cause for respondent. With him on the brief was Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

Before Joseph, Chief Judge, and Buttler and Warden, Judges.

PER CURIAM

## PER CURIAM

In this workers' compensation case, a determination order had issued awarding claimant 40 percent (128 degrees) for unscheduled disability. The referee found him to be permanently and totally disabled. On the employer's request for review, the Board reversed the permanent total disability finding and concluded "that the award granted by the Determination Order of 35% unscheduled disability adequately compensates claimant \*\*\*." It restored and affirmed the determination order.

On *de novo* review, we agree with the Board, but we note that the restored determination order awards 40 percent compensation, *not* 35 percent.

Affirmed as modified.